IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,        ORDER

v.

                                    Case No. 20-cr-138-wmc

CHANG XIONG,

        Defendant.

The defendant in the above-entitled case has been:

☐ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

The State Department is not to reissue a passport without approval of U.S. Probation while the defendant remains on supervision.

☐ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

☒ convicted of the charge against him. Defendant was not sentenced to a term of imprisonment or supervised release. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

☐ Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 13th day of July, 2021.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge